# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| **JOSHUA DAVID SIMPSON** § | | |
| **(Limestone County #76642)** § | | |
| § | | |
| **V.** § | | **W-23-CA-662-ADA** |
| § | | |
| **DIRECTOR TDCJ-CID** § | | |

## ORDER OF DISMISSAL

Before the Court is Joshua David Simpson's Motion to Vacate Mandatory Probation Maximum Sentence Imposed by Exceeding Sentencing Guidelines (#3) which has been liberally construed as an application for habeas corpus relief. On September 12, 2023, the Court ordered Simpson to pay the filing fee of $5.00 or submit an application to proceed in forma pauperis within 30 days. To date, Simpson has not complied with the Court's order.

The Court has the inherent power under Rule 41(b) of the Federal Rules of Civil Procedure to dismiss the case *sua sponte* where necessary to achieve orderly, expeditious disposition of cases. Because Plaintiff has failed to comply with the Court's orders his case is dismissed for want of prosecution and for failure to obey an order of the Court.[1]

---

[1] It also appears that Simpson has not yet filed a state habeas corpus petition and therefore has not exhausted his claims in state court.

In light of the above, it is therefore **ORDERED, ADJUDGED, and DECREED** that this case be **DISMISSED WITHOUT PREJUDICE** and **CLOSED**.

**SIGNED** on October 19, 2023

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE